UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Docket No. 0649 2:20CR00062-07 |
| | ) |
| MARTINS NNAEMEKA OKOLONGWU, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

COMES NOW the defendant, by and through undersigned counsel, and hereby notifies the Court of no objections to the Presentence Investigation Report as submitted by probation.

*/s/ Donald E. Spurrell*
Donald E. Spurrell, BPR# 012810
SPURRELL & STUDER LAW GROUP
128 East Market Street
Johnson City, TN 37604
Telephone:(423) 926-9421
Facsimile: (888) 526-1020
Email: don@spurrell-lawgroup.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on or about this 6th day of May 2022, in accordance with applicable law, a true and exact copy of the foregoing was served on all parties entitled, appearing, or known, by personal service or the same being caused to be placed in the United States Mail, and that a copy of the same was otherwise submitted on file with the Clerk's Office:

Mac D. Heavener III
U.S. Attorney's Office
220 West Depot St.
Suite 423
Greeneville, TN 37743
Email: mac.heavener@usdoj.gov

                                                                  */s/ Donald E. Spurrell*